IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL HORST,**

    **Plaintiff,**

v.                                      Case No. 4:25-cv-489-AW-MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Defendants' second unopposed motion for extension (ECF No. 13) is GRANTED. The deadline to respond to the complaint is extended to February 17.

SO ORDERED on January 29, 2026.

                                             s/ *Allen Winsor*
                                             Chief United States District Judge